**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAVIA WAGNER,
Plaintiff,

Case 6:24-cv-01842-RBD-DCI

vs.

MEHR REALTY, LLC, and ORANGE CITY FOOD MART, INC., d/b/a ORANGE CITY SHELL FOOD MART,
Defendants.

_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Tavia Wagner, and Defendants, Mehr Realty, LLC and Orange City Food Mart, Inc. d/b/a Orange City Shell Food Mart, hereby notify the Court that Plaintiff and Defendants have resolved the matters in controversy in this action between them. It is anticipated that the Parties will file a Joint Stipulation of Voluntary Dismissal with Prejudice of the case. **Dated March 14, 2025.**

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
1368 Turnbull Bay Road, Suite 303
New Smyrna Beach, FL 32168
Phone: (386) 409-7252
Email: bb_litsch4@att.net
Email: anthonytlitschiii@gmail.com
Florida Bar #0084437
Attorney for Plaintiff

By: /s/ Kevin T. Kucharz
Kevin T. Kucharz
CHALMERS, ADAMS,
BACKER & KAUFMAN, LLC
Florida Bar No. 883611
11770 Haynes Bridge Road
#205-219
Alpharetta, GA 30009
kkucharz@chalmersadams.com
(404) 989-4526
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record. Service will be made by other means to any party not signed up with the CM / ECF system.

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
Attorney for Plaintiff