**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAVIA WAGNER,
Plaintiff,

Case 6:24-cv-01842-RBD-DCI

vs.

AM of Orange City, Inc.
d/b/a O City Mart,
Defendants.

______________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Tavia Wagner, and Defendant, AM of Orange City, Inc. d/b/a O City Mart, hereby notify the Court that Plaintiff and Defendants have resolved the matters in controversy in this action between them. It is anticipated that the Parties will file a Joint Stipulation of Voluntary Dismissal with Prejudice of the case. **Dated March 21, 2025.**

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
1368 Turnbull Bay Road, Suite 303
New Smyrna Beach, FL 32168
Phone: (386) 409-7252
Email: bb_litsch4@att.net
Email: anthonytlitschiii@gmail.com
Florida Bar #0084437
Attorney for Plaintiff

By: /s/ Kevin T. Kucharz
Kevin T. Kucharz
CHALMERS, ADAMS,
BACKER & KAUFMAN, LLC
Florida Bar No. 883611
11770 Haynes Bridge Road
#205-219
Alpharetta, GA 30009
kkucharz@chalmersadams.com
(404) 989-4526
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 21, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record. Service will be made by other means to any party not signed up with the CM / ECF system.

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
Attorney for Plaintiff