**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAVIA WAGNER,

Plaintiff,

v. Case No: 6:24-cv-1842-RBD-DCI

MEHR REALTY, LLC; ORANGE CITY FOOD MART, INC.; and AM OF ORANGE CITY INC.,

Defendants.

---

**ORDER OF DISMISSAL**

This cause is before the Court upon the Plaintiff's Joint Notice of Settlement as to Defendant AM of Orange City, Inc., filed on March 21, 2025 (Doc. 22), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and

hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 27, 2025.

ROY B. DALTON, JR.
United States District Judge